UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
UNITED STATES OF AMERICA

   -v-

JONATHAN DEUTSCH,

---------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 18-cr-502 (FB)

Appearances:
 *For the Defendant*:
 DEIRDRE VON DORNUM
 KANNAN SUNDARAM
 Federal Defenders of NY
 One Pierrepont Plaza
 Brooklyn, NY 11201

*For the United States of America:*
MEGAN ELIZABETH FARRELL
MARGARET ELIZABETH LEE
U.S. Attorney's Office, E.D.N.Y.
271 Cadman Plaza East
Brooklyn, NY 11201

**BLOCK, Senior District Judge:**

     Defendant Jonathan Deutsch's moves to dismiss the government's 2018 indictment. *See* ECF 33 ("Motion"). In light of the government's superseding indictment filed on June 11, 2020, and Defendant's subsequent motion to inspect grand jury records related to that superseding indictment, the Motion is dismissed without prejudice. Defendant is granted leave to file a motion to dismiss the superseding indictment upon appropriate grounds after reviewing the grand jury records ordered to be produced by this Court, *see* ECF 81.

     **SO ORDERED**.

  /S/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
August 27, 2020

1